IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE FERENCHICK,<br>    Plaintiff,<br><br>         v.<br><br>BUSINESS WIRE, INC.,<br>         Defendant. | CIVIL ACTION<br><br><br><br><br>NO.  23-4800 |

# O R D E R

**AND NOW**, this 16th day of December, 2024, upon consideration of Defendant Business Wire, Inc.'s Motion to Compel Arbitration and Dismiss the Amended Complaint and for Attorneys' Fees and Costs or, in the Alternative, to Dismiss Plaintiff's PFPO Claim at Count IV of the Amended Complaint and Memorandum, Exhibits, and Proposed Order in support thereof (together, the "Motion") (ECF No. 15) and any responses and replies thereto (ECF Nos. 16, 17, 23), it is **ORDERED** that Defendant's Motion is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Business Wire, Inc. shall file an Answer to Plaintiff Lawrence Ferenchick's Amended Complaint on or before **January 6, 2024**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
--------------------------------
         HODGE, KELLEY B., J.